

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00180-CR, 04-13-00181-CR, and 04-13-00182-CR

Yacub **ABRAHAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5071
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED June 25, 2014.

_____
Patricia O. Alvarez, Justice